```
LATHAM & WATKINS LLP
   Peter A. Wald (Bar No. 85705)
   James L. Day (Bar No. 197158)
   Risha N. Jamison (Bar No. 230820)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Defendant
LAFAYETTE SOFTWARE, INC.

GAYLE ZICKGRAFF GREEN, # 112272
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, California 95050
Telephone: (408) 295-1700
Facsimile: (408) 295-1531

Attorneys for Plaintiff
JEAN-LUC GRAND-CLEMENT
```

*IT IS SO ORDERED — Judge James Ware — United States District Court, Northern District of California (seal)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE JUDICIAL DISTRICT

| | |
|---|---|
| JEAN-LUC GRAND-CLEMENT,<br><br>    Plaintiff,<br><br>v.<br><br>LAFAYETTE SOFTWARE, INC., a Delaware Corporation,<br><br>    Defendant. | CASE NO. C04-04956 JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO CONDUCT MEDIATION** |

    Whereas, the Court has set the deadline for the parties to conduct mediation in this matter by June 30, 2005;

    Whereas, the parties conducted a telephone conference with the appointed mediator and initially scheduled a mediation session for June 21, 2005;

    Whereas, there is a previously-filed proceeding involving both parties to this dispute pending in the Tribunal de Commerce de Versailles (Commercial Court of Versailles) in France in which the parties understand an order has been issued directing that defendant Lafayette

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND
MEDIATION DEADLINE
Case Number: C04-4956 JW

1  Software, Inc. be liquidated;

2  Whereas, the parties understand that the Liquidator appointed by the French court accept
3  bids for the primary intellectual property assets of Lafayette Software, Inc. on or about June 23,
4  2005 and may conclude the liquidation within a short time, though there is not set deadline;

5  Whereas, in light of the liquidation proceedings in France both parties believe that a 90
6  day extension to the current mediation deadline is advisable to allow the parties to assess the
7  impact of the French proceeding on this action;

8  Wherefore, plaintiff JEAN-LUC GRAND-CLEMENT and defendant LAFAYETTE
9  SOFTWARE, INC., stipulate and jointly request that the deadline for mediation in this case be
10  extended to September 30, 2005;

11  IT IS SO STIPULATED.

12  Dated: June __, 2005                BINDER & MALTER, LLP

14                                      By _____
                                        Gayle Zickgraff Green
                                        Attorneys for Plaintiff
15                                      JEAN-LUC GRAND-CLEMENT

16  Dated: June 30, 2005                LATHAM & WATKINS LLP
17
18                                      By _____
                                        James L. Day
19                                      Attorneys for Defendant
                                        LAFAYETTE SOFTWARE, INC.
20

22                                   **ORDER**

23  The current mediation deadline is vacated. The deadline for conducting mediation in this
24  case is September 30, 2005.

25  PURSUANT TO STIPULATION, IT IS SO ORDERED.

27  Dated:  __8/3/05__                  /s/ James Ware
                                        The Honorable James Ware
28                                      United States District Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULAITON TO EXTEND
MEDIATION DEADLINE
Case Number: C04-4956 JW

1  Software, Inc. be liquidated;

2  Whereas, the parties understand that the Liquidator appointed by the French court accept bids for the primary intellectual property assets of Lafayette Software, Inc. on or about June 23, 2005 and may conclude the liquidation within a short time, though there is not set deadline;

5  Whereas, in light of the liquidation proceedings in France both parties believe that a 90 day extension to the current mediation deadline is advisable to allow the parties to assess the impact of the French proceeding on this action;

8  Wherefore, plaintiff JEAN-LUC GRAND-CLEMENT and defendant LAFAYETTE SOFTWARE, INC., stipulate and jointly request that the deadline for mediation in this case be extended to September 30, 2005;

11  IT IS SO STIPULATED.

12  Dated: June 30, 2005                BINDER & MALTER, LLP

                                        By /s/ Gayle Green
                                        Gayle Zickgraff Green
                                        Attorneys for Plaintiff
                                        JEAN-LUC GRAND-CLEMENT

16  Dated: June ___, 2005               LATHAM & WATKINS LLP

                                        By _____
                                        James L. Day
                                        Attorneys for Defendant
                                        LAFAYETTE SOFTWARE, INC.

## ORDER

The current mediation deadline is vacated. The deadline for conducting mediation in this case is September 30, 2005.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/3/05                           /s/ James Ware
                                        The Honorable James Ware
                                        United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULAITON TO EXTEND
MEDIATION DEADLINE
Case Number: C04-4956 JW