```
LATHAM & WATKINS LLP
   Peter A. Wald (Bar No. 85705)
   James L. Day (Bar No. 197158)
   Risha N. Jamison (Bar No. 230820)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Defendant
LAFAYETTE SOFTWARE, INC.

GAYLE ZICKGRAFF GREEN, # 112272
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, California 95050
Telephone: (408) 295-1700
Facsimile: (408) 295-1531

Attorneys for Plaintiff
JEAN-LUC GRAND-CLEMENT
```

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE JUDICIAL DISTRICT

| | |
|---|---|
| JEAN-LUC GRAND-CLEMENT,<br><br>        Plaintiff,<br><br>    v.<br><br>LAFAYETTE SOFTWARE, INC., a Delaware Corporation,<br><br>        Defendant. | CASE NO. C04-04956 JW<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINE TO CONDUCT MEDIATION** |

   Whereas, the Court has set the deadline for the parties to conduct mediation in this matter by June 30, 2005;

   Whereas, the parties conducted a telephone conference with the appointed mediator and initially scheduled a mediation session for June 21, 2005;

   Whereas, there is a previously-filed proceeding involving both parties to this dispute pending in the Tribunal de Commerce de Versailles (Commercial Court of Versailles) in

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND
MEDIATION DEADLINE
Case Number: C04-4956 JW

France in which the parties understand an order has been issued directing that defendant Lafayette Software, Inc. be liquidated;

Whereas, in light of the liquidation proceedings the parties stipulated and the Court ordered the mediation deadline extended to September 30, 2005;

Whereas, counsel for defendant Lafayette Software, Inc. has been informed that the Liquidator appointed in the French proceeding intends to withdraw authorization for Latham & Watkins LLP to represent Lafayette in this case;

Whereas, in light of the present uncertainty regarding representation of Lafayette believe that a one month extension to the current mediation deadline is advisable;

Wherefore, plaintiff JEAN-LUC GRAND-CLEMENT and defendant LAFAYETTE SOFTWARE, INC., stipulate and jointly request that the deadline for mediation in this case be extended to October 31, 2005;

IT IS SO STIPULATED.

Dated: September __, 2005

BINDER & MALTER, LLP

By _____
Gayle Zickgraff Green
Attorneys for Plaintiff
JEAN-LUC GRAND-CLEMENT

Dated: September 12, 2005

LATHAM & WATKINS LLP

By _____
James L. Day
Attorneys for Defendant
LAFAYETTE SOFTWARE, INC.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULAITON TO EXTEND
MEDIATION DEADLINE
Case Number: C04-4956 JW

1 | France in which the parties understand an order has been issued directing that defendant
2 | Lafayette Software, Inc. be liquidated;
3 |     Whereas, in light of the liquidation proceedings the parties stipulated and the
4 | Court ordered the mediation deadline extended to September 30, 2005;
5 |     Whereas, counsel for defendant Lafayette Software, Inc. has been informed that
6 | the Liquidator appointed in the French proceeding intends to withdraw authorization for Latham
7 | & Watkins LLP to represent Lafayette in this case;
8 |     Whereas, in light of the present uncertainty regarding representation of Lafayette
9 | believe that a one month extension to the current mediation deadline is advisable;
10 |     Whereas, counsel for Plaintiff will be out of the country for the period from
11 | September 12, 2005 through October 4, 2005;
12 |     Wherefore, plaintiff JEAN-LUC GRAND-CLEMENT and defendant
13 | LAFAYETTE SOFTWARE, INC., stipulate and jointly request that the deadline for mediation
14 | in this case be extended to October 31, 2005;
15 |     IT IS SO STIPULATED.

Dated: September 7, 2005

BINDER & MALTER, LLP

By _____
Gayle Zickgraff Green
Attorneys for Plaintiff
JEAN-LUC GRAND-CLEMENT

Dated: September __, 2005

LATHAM & WATKINS LLP

By _____
James L. Day
Attorneys for Defendant
LAFAYETTE SOFTWARE, INC.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULAITON TO EXTEND
MEDIATION DEADLINE
Case Number: C04-4956 JW

## ORDER

The current mediation deadline is vacated. The deadline for conducting mediation in this case is October 31, 2005.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __Sept. 14, 2005__          /s/ James Ware
                                   The Honorable James Ware
                                   United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULAITON TO EXTEND
MEDIATION DEADLINE
Case Number: C04-4956 JW